# ALAN DEXTER BOWMAN, ESQ.
ATTORNEY AT LAW
GATEWAY 1, SIXTH FLOOR
NEWARK, NEW JERSEY 07102
Alanbowman.lawoffice@gmail.com
TELEPHONE (973) 622-2225
FAX (973)-242-6768
(973)-642-8613

**ALAN DEXTER BOWMAN**                                  **Alisha Dupont**
                                                        *Office Manager*

February 27, 2017

Clerk
United States Court of Appeals
For the Third Circuit
601 Market Street
Philadelphia, PA   19106

**Re:   United States v. Keith Jackson**
       **Docket No. 16-4060**

Dear Clerk:

I represent appellant in the above-captioned matter. He forwarded a draft brief of his thoughts to both myself and the Court. That brief was not intended to be filed and should have been forwarded to the Court. Appellant's only purpose was to make certain that his position was understood by me and incorporated into the brief to be filed by me. However, this Court filed that draft as the opening brief. I spoke to appellant on the day after it was filed. I also spoke to AUSA Norman Gross several days ago and he understands the situation. I respectfully request that this Court unfile the **pro se** brief.

Please advise.

Respectfully Submitted,

/s/ Alan Dexter Bowman
Alan Dexter Bowman, Esq.

Cc: AUSA Norman Gross