

*U.S. Department of Justice*

*United States Attorney*
*District of New Jersey*

_____

*Richard J. Ramsay*　　　　　　　　*970 Broad Street, 7th floor*　　　　*973-645-2712*
*Assistant U.S. Attorney*　　　　　　　*Newark, New Jersey 07102*

September 8, 2017

Marcia M. Waldron, Clerk
United States Court of Appeals
　for the Third Circuit
U.S. Courthouse
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

　　　　Re:　***United States v. Jackson*, No. 16-4060**

Dear Ms. Waldron:

　　　Please accept this letter in opposition to Keith Jackson's pro se Fed. R. App. P. 28(j) letters filed, without permission from the Court, on July 5, 2017, August 31, 2017 and September 7, 2017.

　　　Mr. Jackson's pro se filings violate this Court's Local Appellate Rule 31.3. That rule precludes this Court from considering pro se arguments in cases where a defendant is represented by counsel and counsel has not filed a motion to withdraw under *Anders v. California*, 386 U.S. 738 (1967). *United States v. Turner*, 677 F.3d 570, 579 (3d Cir. 2012). The rule enforces the principle that pro se litigants are not entitled to hybrid representation. *Id.* at 578 (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984)). Here, Alan D. Bowman, Esq. has represented Mr. Jackson throughout this appeal and filed opening and reply briefs on his behalf. Mr. Bowman has played an active role in supporting Mr. Jackson's appeal and has not included any of Jackson's pro se arguments in those briefs. 3d Cir. L.A.R. 31.3 ("Counsel may choose to include the [pro se] arguments in his or her brief."). Therefore, none of Mr. Jackson's pro se filings may be considered.

　　　Mr. Jackson's most recent Fed. R. App. P. 28(j) letter—filed yesterday—suffers an additional infirmity: It does not "state the reasons for the supplemental citations, referring . . . to the page of the brief" and it exceeds 350 words. Fed. R. App. P. 28(j). Rule 28(j) demands compliance with both requirements.

Accordingly, the United States respectfully requests that this Court reject all three of Mr. Jackson's pro se Rule 28(j) letters.

        Respectfully submitted,

        WILLIAM E. FITZPATRICK
        ACTING UNITED STATES ATTORNEY

By:   s/Richard J. Ramsay
       Assistant U.S. Attorney
       Appeals Division

## CERTIFICATE OF SERVICE

I hereby certify that September 8, 2017, I caused the foregoing Letter Response to be electronically filed with the Clerk of the United States Court of Appeals for the Third Circuit through the Court's CM/ECF system.

I also certify that on September 8, 2017, I caused the Letter Response to be served:

[X] by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on the following Filing User:

    Alan D. Bowman, Esq.
    alanbowman.lawoffice@gmail.com


Executed On: September 8, 2017


    s/ RICHARD J. RAMSAY, Assistant U.S. Attorney