Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, New Jersey 07102
973-622-2225
alanbowman.lawoffice@gmail.com
Bar No. 011491976

| | |
|---|---|
| United States<br>    Plaintiff -Respondent<br><br>v.<br><br>Keith Jackson<br><br>    Defendant-Appellant | United States Court of<br>Appeals for the Third Circuit<br>Docket No. 16-4060<br><br>**CRIMINAL ACTION**<br>Motion To File **Pro Se**<br>Supplemental Brief |

To:   Clerk
      United States Court of Appeal For the Third Circuit
      601 Market Street
      Philadelphia, PA 19106

      AUSA Richard J. Ramsay
      United States Department of Justice
      U.S. Attorney, District of New Jersey
      401 Market Street
      Camden, NJ 08102

**PLEASE TAKE NOTICE** that defendant-appellant Keith Jackson, by his attorney Alan Dexter Bowman, Esq. hereby moves for an order permitting the filing of a **pro se** supplemental brief.

In support of this motion, defendant-appellant will rely upon the attached certification of counsel.

_____
Alan Dexter Bowman, Esq.

## **Certification of Service**

I hereby certify that the foregoing Motion For Extension of Time to File Reply brief on behalf of Keith Jackson was E-filed on June 14, 2017:

To:  Clerk
     United States Court of Appeal For the Third Circuit
     601 Market Street
     Philadelphia, PA 19106

     AUSA Norman
     United States Department of Justice
     U.S. Attorney, District of New Jersey
     401 Market Street
     Camden, NJ 08102

_____
Euginia Barrows

Alan Dexter Bowman, Esq.
Gateway I, Suite 105
Newark, New Jersey 07102
973-622-2225
alanbowman.lawoffice@gmail.com
Bar No. 011491976

|  |  |
|---|---|
| United States :<br>       Plaintiff -Respondent : | United States Court of<br>Appeals for the Third Circuit<br>Docket No. 16-4060 |
| :<br>:<br>v. :<br>: | **CRIMINAL ACTION** |
| Keith Jackson :<br>: | Certification |
|        Defendant-Appellant : | |

1. I represent defendant-appellant Keith Jackson. This certification is submitted in support of a motion to file a **pro se** supplemental brief.

2. Defendant-appellant believes that filing and consideration of his **pro se** brief is essential to fair and just resolution of this appeal.

3. Defendant-appellant is firm in the view that his brief is critically elucidating. I respectfully request that it be filed.

4. The facts herein are true.

 

_____
Alan Dexter Bowman, Esq.